| | |
|---|---|
| 1 | Jeffrey A. LeVee (State Bar No. 125863) |
| | jlevee@jonesday.com |
| 2 | Samantha S. Eisner (State Bar No. 230344) |
| | seisner@jonesday.com |
| 3 | JONES DAY |
| | 555 South Flower Street |
| 4 | Fiftieth Floor |
| | Los Angeles, CA  90071-2300 |
| 5 | Telephone:   (213) 489-3939 |
| | Facsimile:    (213) 243-2539 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | The Internet Corporation for Assigned Names |
| 8 | and Numbers |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Internet Corporation for Assigned Names and Numbers, | Case No. CV 07-2089 R (PLAx) |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CONTEMPT SHOULD NOT BE ORDERED** |
| v. | Date:     October 14, 2008 |
| RegisterFly.Com, Inc., and UnifiedNames, Inc., | Time:     10:00 a.m. |
| | Judge:    Hon. Manuel L. Real |
| Defendants. | |

Based on the Application for Order to Show Cause Why Contempt Should Not Be Ordered, the Memorandum in Support of Application for Order to Show Cause Why Contempt Should Not Be Ordered, and Defendants' Opposition thereto, and all papers filed in support, and after appearance and argument of counsel on September 15, 2008 on the Application for Order to Show Cause IT IS HEREBY ORDERED THAT:

Defendants RegisterFly.Com, Inc. and UnifiedNames, Inc., and all persons affiliated with or acting in concert with the defendants (collectively referred to as "RegisterFly") ARE HEREBY ORDERED to show cause why this Court should not find RegisterFly in contempt of this Court's June 14, 2007 Permanent

LAI-2974669v1

[PROPOSED] ORDER TO SHOW CAUSE

1  Injunction and order civil contempt sanctions as requested by Plaintiff Internet
2  Corporation for Assigned Names and Numbers ("ICANN").  This Court will hold a
3  hearing that will occur on October 14, 2008 at 10:00 a.m.  As RegisterFly, on
4  September 8, 2008, already provided the Court with a written statement on why
5  contempt sanctions should not be granted, and ICANN, on September 12, 2008,
6  provided the Court with a reply thereto, no further briefing is required prior to the
7  October 14, 2008 hearing on this matter.

9  Dated:  September 16, 2008

   _____
   Honorable Manuel L. Real,
   United States District Court Judge